NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GENENTECH, INC., INTERMUNE, INC.,**
*Plaintiffs-Appellants*

**v.**

**SANDOZ INC., LEK PHARMACEUTICALS, D.D.,**
*Defendants-Appellees*

---

2022-1595

---

Appeal from the United States District Court for the District of Delaware in No. 1:19-cv-00078-RGA, Judge Richard G. Andrews.

-------------------------------------------------

**GENENTECH, INC., INTERMUNE, INC.,**
*Plaintiffs-Appellees*

**v.**

**SANDOZ INC., LEK PHARMACEUTICALS, D.D.,**
*Defendants-Appellants*

---

2022-1714

---

Appeal from the United States District Court for the District of Delaware in No. 1:19-cv-00078-RGA, Judge Richard G. Andrews.

_____

## ON MOTION

_____

## O R D E R

Upon consideration of the parties' joint motion to voluntarily dismiss Appeal No. 2022-1714,

IT IS ORDERED THAT:

(1) The motion is granted.  Appeal No. 2022-1714 is dismissed.  The revised official caption for the remaining appeal, Appeal No. 2022-1595, is reflected above.

(2) Each side shall bear its own costs in Appeal No. 2022-1714.

(3) The Clerk of Court shall transmit a copy of this order to the merits panel assigned to Appeal No. 2022-1595.

(4) Genentech, Inc. and InterMune, Inc.'s reply brief in Appeal No. 2022-1595 is due no later than July 5, 2022.

FOR THE COURT

June 16, 2022                    /s/ Peter R. Marksteiner
    Date                        Peter R. Marksteiner
                                Clerk of Court


ISSUED AS A MANDATE (as to 2022-1714 only): June 16, 2022